**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEA DELORES HUNDLEY, | Case No.  1:25-cv-02074-FRS |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 2) |
| Defendant. | **TWENTY-ONE DAY DEADLINE** |

On December 31, 2025, Plaintiff Clea Delores Hundley ("Plaintiff"), filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration ("Defendant").  (Doc. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2).  However, Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff reports that she began working two weeks ago and has received only a partial paycheck of $179.00.  (*Id.* at 2.)  Plaintiff reports that her gross pay or wages in her current position are $2,000 per month.  (*Id.*)  Plaintiff further reports that prior to her current position, she last worked in August 2025 and received $16.50 per hour for eleven hours per week.  (*Id.*)  Having considered the application, the Court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action.

1

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  Plaintiff is instructed to provide her average monthly income during the past twelve months as instructed by the form. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.    The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2    Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3.    If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:    **January 10, 2026**                    /s/ _Eric P. Groj_____
                                                 UNITED STATES MAGISTRATE JUDGE

2